# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| John Lankford, on Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| CMG Oil & Gas, Inc., | ) |
| | ) Case No. 4:15-cv-061 |
| Defendants. | ) |

Before the court are motions for attorneys Melinda Arbuckle, Ryan Burton, and Allen R. Vaught to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Melinda Arbuckle, Ryan Burton, and Allen R. Vaught have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 8, 9, and 10) are **GRANTED**. Attorneys Melinda Arbuckle, Ryan Burton, and Allen R. Vaught are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge